IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETTY CAMPBELL-BERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERKSHIRE NURSING & ) <br> REHABILITATION CENTER, LLC ) <br> d/b/a APERION CARE FOREST ) <br> PARK, ) <br> ) <br> Defendant. ) | Case No.: 17-cv-03593 <br><br> Honorable Jorge L. Alonso |

## STIPULATION TO DISMISS

Plaintiff, BETTY CAMPBELL-BERRY and Defendant, BERKSHIRE NURSING & REHABILITATION CENTER, LLC d/b/a APERION CARE FOREST PARK, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with the filing of this Stipulation, the Plaintiff's complaint and action against BERKSHIRE NURSING & REHABILITATION CENTER, LLC d/b/a APERION CARE FOREST PARK be dismissed with prejudice, each party to bear its own costs and fees.

Dated: September 25, 2017

Respectfully submitted,

| | |
|---|---|
| BETTY CAMPBELL-BERRY <br><br> By: /s/Kenneth C. Apicella <br> Drost, Gilbert, Andrew & Apicella, LLC <br> 4811 Emerson, Suite 110 <br> Palatine, IL 60067 <br> (847) 934-6000 (Phone) <br> (847) 934-6040 (Fax) | BERKSHIRE NURSING & <br> REHABILITATION CENTER, LLC d/b/a <br> APERION CARE FOREST PARK <br><br> By: /s/Stephanie A. Cantrell <br> Schueler, Dallavo & Casieri <br> 233 S. Wacker Drive, Suite 6150 <br> Chicago, IL 60606 <br> (312) 704-0550 (Phone) <br> (312)704-1522 (Fax) |